In the Matter of the Claim of HYMAN HELLER, Respondent, v. MOSKOWITZ & LUPOWITZ et al., Appellants. WORKMEN'S COMPENSATION BOARD,

Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.